UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 17CR10359 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Felon in Possession of a Firearm and |
| | ) | Ammunition |
| TREY MILLER, | ) | |
| Defendant. | ) | 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) |
| | ) | Criminal Forfeiture Allegation |

## INDICTMENT

### 18 U.S.C. § 922(g)(1)
### (Felon in Possession of a Firearm and Ammunition)

The Grand Jury charges that:

On or about October 31, 2017, in the District of Massachusetts,

TREY MILLER,

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit: one Smith & Wesson .45 caliber pistol bearing serial number DTS9876, and 9 rounds of .45 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
### (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

1.  Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count One of this Indictment,

TREY MILLER,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in the commission of the offense, including but not limited to the following:

   a. One Smith & Wesson .45 caliber pistol bearing serial number DTS9876; and

   b. 9 rounds of .45 caliber ammunition.

2.  If any of the property described in paragraph 1 above as being forfeitable pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

Christine J. Wichers
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; November 16, 2017

Returned into the District Court by the Grand Jurors and filed.

Kellyann Moore
DEPUTY CLERK
11/16/17 @ 11:04pm