UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 1:17-cr-10359-IT-1 |
| | * | |
| TREY MILLER, | * | |
| | * | |
| Defendant. | * | |

ORDER MODIFYING CONDITIONS OF RELEASE

Defendant Trey Miller having admitted guilt to violation of the Special Condition imposing a 9 p.m. to 6 a.m. curfew, and having been found not guilty and discharged as to the violation of the Special Condition that Defendant not enter Malden, MA, the court orders the modification of the terms of Defendant's supervised release imposed in the Judgment of Revocation [#126] as follows:

Special Condition 5 is modified as follows: You shall serve an additional 60 days in home confinement, and may leave, with the advance approval of the Probation Office, only for medical appointments, court appearances, and work on a schedule provided in writing by the employer in advance of the work obligations. Home confinement shall be monitored with GPS electronic monitoring equipment.

Special Condition 6 is modified as follows: Following the 60 day period of home confinement, you are required to remain in your residence between the hours of 11 p.m. and 6 a.m. for 60 days. The curfew shall be monitored with GPS electronic monitoring equipment.

IT IS SO ORDERED.

Date: May 21, 2020

/s/ Indira Talwani
United States District Judge